JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO PULIDO COLMENERO,<br><br>Petitioner<br><br>v.<br><br>JAMES ROBERTSON, Warden,<br><br>Respondent. | Case No. CV ED 22-1215-DMG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: April 22, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE